IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROGER M. MARSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-04-757-M |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 7, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation [docket no. 29] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of Social Security Administration's ("Commissioner") final decision denying Plaintiff's application for supplemental security income benefits. Magistrate Judge Argo recommends that this matter be reversed and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation. The parties were advised of their right to object to the Report and Recommendation by July 27, 2005. A review of the case file reveals that no objections have been filed.

Upon de novo review, the Court hereby:

(1) ADOPTS Magistrate Judge Argo's thorough and well-reasoned Report and Recommendation;

(2) REVERSES the Commissioner's decision denying Plaintiff's application for supplemental security income benefits;

(3) REMANDS this action to the Commissioner for further administrative proceedings consistent with the Report and Recommendation; and

(4)   ORDERS that pursuant to sentence four of 42 U.S.C. § 405(g), judgment be entered in favor of Plaintiff forthwith.

**IT IS SO ORDERED this 29th day of July, 2005.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE